AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

JIMMY PETE MCKENDREE
3011 LR 154
OPELIKA, AL

**WARRANT FOR ARREST**

Case Number: 3:05cr 156-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JIMMY PETE MCKENDREE__
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

Knowingly and willfully possessed a firearm in and affecting commerce (1 count)
Knowingly used and carried a firearm during and in relation to a drug trafficking crime (1 count)
Knowingly and intentionally possess a mixture of a substance containing methamphetamine (1 count)

in violation of Title __18__ United States Code, Section(s) __922(g)(1); 924(c)(1)(A)(i) and 21:844(a)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK__
Title of Issuing Officer

_/s/ Joyce Taylor_
Signature of Issuing Officer

JULY 1, 2005 - MONTGOMERY, AL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |