IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CRIMINAL NO. 2:05CR156-A |
| JIMMY PETE McKENDREE | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE   **LEE COUNTY JAIL**

                                    AT **OPELIKA, ALABAMA**

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **JIMMY PATE McKENDREE.**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of **Montgomery** on **August 17, 2005** at **10:00 a.m.**, to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT

   DONE, this the 4TH day of August, 2005.

                                    DEBRA P. HACKETT, CLERK
                                    UNITED STATES DISTRICT COURT
                                    MIDDLE DISTRICT OF ALABAMA

                                    BY: _____
                                              DEPUTY CLERK