**COURTROOM DEPUTY'S MINUTES**         **DATE: 8/17/05**

**MIDDLE DISTRICT OF ALABAMA**         **DIGITAL RECORDING: 10:43 - 10:48**

                                       **COURT REPORTER:**

     **x ARRAIGNMENT**         ❐**CHANGE OF PLEA**         ❐ **CONSENT PLEA**

     ❐ **RULE 44(c) HEARING**         ❐ **SENTENCING**

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 3:05cr156-A         **DEFENDANT NAME:** Jimmy Pete McKendree

**AUSA:** Tommie Hardwick         **DEFENDANT ATTORNEY:** Kevin Butler

**PTSO:**         Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD

         ( x ) appointed at arraignment; ( ) standing in for: _____

**USPO:**

Defendant ( )does; ( ✓ )does NOT need an interpreter

Interpreter present? ( ✓ )NO; ( )YES   Name:

**DISCOVERY DISCLOSURE DATE:**    8/18/05

☑ This is defendant's **FIRST APPEARANCE.**

☑ **FINACIAL AFFIDAVIT EXECUTED.** *✓ORAL MOTION FOR APPT OF COUNSEL*

☑ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*

❐ **WAIVER OF INDICTMENT** executed and filed.

❐ **INFORMATION** filed.

❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☑ Not Guilty                    ❐ **Nol Contendere**

     ❐ **Not Guilty by reason of insanity**

     ❐ **Guilty as to:**

          ❐ **Count(s):**

          ❐ **Count(s):**                    ❐ **dismissed on oral motion of USA**

               ❐ **to be dismissed at sentencing**

❐ Written plea agreement filed   ❐ **ORDERED SEALED**

❐ _____ Days to file pretrial motions

☑   12/5/05 _____ Trial date or term

❐ **ORDER:** Defendant continued under ❐ same bond;  ❐ summons; for:

     ❐ Trial on _____; ❐ Sentencing on _____

x **ORDER:** Defendant remanded to custody of U. S. Marshal for:

     ❐ Posting a $_____ bond;

     x Trial on 12/5/05; or ❐ Sentencing on _____

❐ Rule 44 Hearing:  ❐ Waiver of Conflict of Interest Form executed

          ❐ Defendant requests time to secure new counsel

☑ WAIVER of Speedy Trial. CRIMINAL TERM:  12/5/05