IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.:    3:05cr156-A |
| | ) | |
| **JIMMY PETE MCKENDREE** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of Defendant, Jimmy Pete McKendree, in the above-styled case.

Dated this 22nd day of August 2005.

                                                Respectfully submitted,

                                                s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond.

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189