| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** OCTOBER 17, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:16 p.m. to 1:16 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:05CR156-A-CSC      **DEFENDANT NAME:** JIMMY P. McKENDREE

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. A. CLARK MORRIS | ATTY. JENNIFER HART |

√   **DISCOVERY STATUS: COMPLETED.**

√   **PENDING MOTION STATUS: NONE**

√   **PLEA STATUS:     POSSIBLE PLEA.**

❏   **TRIAL STATUS:   WILL TAKE 1 DAY TO TRY CASE**

❏   **REMARKS:**