## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.:    3:05cr156-A |
| | ) | |
| JIMMY PETE MCKENDREE | ) | |

### WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Jimmy Pete McKendree, after being first advised of

his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States

Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his

right to a speedy trial as to the December 5, 2005 trial term.

_____
JIMMY PETE MCKENDREE

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189