IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-156-A |
| | ) | |
| JIMMY PETE MCKENDREE | ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner filed on December 2, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Jimmy Pete McKendree, to Keith Jordan, Lee County Sheriff's Office, on December 5, 2005, through March 5, 2006, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Keith Jordan, Lee County Sheriff's Office, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this 6th day of December, 2005.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE