**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 17, 2006

# NOTICE OF DEFICIENCY

| | |
|---|---|
| **To:** | Jennifer A. Hart |
| **From:** | Kelli Gregg<br>Deputy Clerk |
| **Case Style:** | United States of America vs. Jimmy Pete McKendree |
| **Case Number:** | 3:05cr156-A |
| **Referenced Pleading:** | Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney, DN 22 |

**Notice is hereby given that the referenced deficient pleading was filed on January 12, 2006, in the above-styled case. The referenced pleading did not contain a signature. The listed deficiency must be corrected within 10 days from the date of this notice.**