IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05cr156-WHA |
| | ) | |
| JIMMY PETE MCKENDREE | ) | |

**ORDER**

Now pending before the court is attorney Jennifer Hart's motions to withdraw as counsel and motions for appointment of a CJA panel attorney (docs. # 22 & 24). For good cause, it is

ORDERED that the motions to withdraw as counsel and motions for appointment of a CJA panel attorney (docs. # 22 & 24) be and are hereby GRANTED and that a panel attorney be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 18th day of January, 2006.


/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE