IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05cr156-WHA |
| | ) | |
| JIMMY PETE MCKENDREE | ) | |

**ORDER**

Now pending before the court are the defendant's motion to continue the pretrial conference presently set for February 27, 2006. (Doc. # 26). Upon consideration of the motion and for good cause, it is

ORDERED that the motion to continue the pretrial conference presently set for February 27, 2006. (Doc. # 26) be and is hereby GRANTED and a final pretrial conference be and is hereby set for **March 3, 2006 at 9:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 6th day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE