IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05CR156-WHA |
| | ) | |
| JIMMY PETE MCKENDREE | ) | |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference presently set for 9:00 a.m. on March 3, 2006, be and is hereby RESET to **1:30 p.m. on March 6, 2006**, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody and desires to be present, not later than three days prior to the proceeding counsel for the defendant shall so notify the United States Marshal or the person having custody of the defendant who shall produce the defendant for the conference.

Done this 14th day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE