IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO. 3:05CR156-A |
| | * | |
| JIMMY PETE McKENDREE, | * | |

## NOTICE OF APPEARANCE FOR JIMMY PETE MCKENDREE

The undersigned, Richard (Cracker) Waldrop, hereby gives notice to the parties of record and to the United States that he has been appointed to represent Jimmy Pete McKendree pursuant to the Criminal Justice Act and requests service on behalf of Jimmy Pete McKendree directed to the undersigned at the address listed below.

I certify that I am admitted to practice in this court.

_____
Richard (Cracker) Waldrop
ASB-2398-L57R
P. O. Box 310027
Enterprise, AL 36331
(334) 393-2288
Fax (334) 393-5559

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon:

John T. Harmon
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

Susan R. Redmond
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

by placing a copy of the same in the United States Mail properly addressed and postage prepaid this the 3rd day of March, 2006

_____
Of Counsel