| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** MARCH 6, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:37 - 1:39 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:05CR156-WHA-CSC   **DEFENDANT NAME:** JIMMY PATE MCKENDREE

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. SUSAN REDMOND | ATTY. RICHARD WALDROP |

√  **DISCOVERY STATUS:** Completed.

√  **PENDING MOTION STATUS:** NONE

√  **PLEA STATUS:** Possible Plea.

√  **TRIAL STATUS:** Case will take 1 day, if goes to trial.

☐  **REMARKS:**