IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAR 15 A 10 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CASE NO. 3:05-CR-156A |
| | ) |
| JIMMY PETE MCKENDREE, | ) |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Jimmy Pete McKendree, by and through the undersigned counsel, Richard (Cracker) Waldrop, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted,

/s/ Cracker Waldrop

Richard (Cracker) Waldrop
Attorney at Law
ASB-2398-L57R
P. O. Box 310027
Enterprise, Alabama 36331
(334) 393-2288

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon:

John T. Harmon
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

Susan R. Redmond
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

by placing a copy of the same in the United States Mail, properly addressed and postage prepaid this the 15th day of March, 2006.

/s/ Cracker Waldrop
Of Counsel