| | |
|---|---|
| COURTROOM DEPUTY MINUTES DATE: March 20, 2006 | FTR RECORDING: 1:00 - 1:15 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JAMES DICKENS |

☐ ARRAIGNMENT   √ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*   **DEPUTY CLERK:** *WANDA STINSON*
**CASE NUMBER:** *3:05CR156-WHA-CSC*   **DEFENDANT NAME:** *JIMMY PETE MCKENDREE*
**AUSA:** *SUSAN REDMOND*   **DEFENDANT ATTY:** *RICHARD WALDROP*
  **Type Counsel:** ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (√) CDO
**USPO:** *DOUG MATHIS*
Defendant ___ does  √  does NOT need and interpreter.  Name: _____

---

☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel.  Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

  √ Guilty as to:  √ Count(s) __1, 2, 3__ of the **Indictment.**

    ☐ Count(s) _____   ☐ dismissed on oral motion of USA;

      ☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. √ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

  ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued ☐ same Conditions/Bond  imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ☐ Sentencing on _____; ☐ To be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

  ☐ Trial on _____; or  √ Sentencing on _____  √ Set by separate Order.