# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | June 5, 2006 | AT: | 3:00 p.m. |
| DATE COMPLETED: | June 5, 2006 | AT: | 3:12 p.m. |

UNITED STATES OF AMERICA )
)
vs. )   CR. No. 3:05cr156-WHA
)
JIMMY PETE McKENDREE )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan R. Redmond | Richard D. Waldrop |
| John T. Harmon | |

## COURT OFFICIALS PRESENT

| | |
|---|---|
| Shannon Yost, Court Reporter | Jakki Caple, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

## COURTROOM PROCEEDINGS

(X)   SENTENCING HEARING

Hearing commences.
Parties have reviewed the presentence report and have no objections.
Court adopts the factual statements contained in the presentence report.
Court orally GRANTS the Motion for Reduction (Doc. #43).
Bench conference on Government's Motion for Downward Departure.
    Court orally GRANTS request to seal this portion of the proceeding.
    Government argues motion.
Court orally GRANTS the Motion for Downward Departure (Doc. #42).
Sentence is stated.
Court orally GRANTS the Motion for Forfeiture (Doc. #41).
No objection to sentencing statement.
Government requests Defendant receive anger management counseling and treatment if available.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is recommitted to the custody of the U. S. Marshal.