IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr156-A |
| | ) | |
| JIMMY PETE MCKENDREE | ) | |

<u>UNITED STATES OF AMERICA'S MOTION</u>
<u>FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on June 5, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Jimmy Pete McKendree to forfeit:

> One Ruger, model Super Redhawk, .44 magnum revolver, serial number 550-24071.

That notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was published in the <u>Montgomery Independent</u> newspaper on August 3, August 10 and 17, 2006; and,

That no petitions of interest were filed within that thirty-day period.  Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 22nd day of September, 2006.

> FOR THE UNITED STATES ATTORNEY
> LEURA G. CANARY
>
>
> /s/John T. Harmon
> John T. Harmon
> Assistant United States Attorney
> Bar Number: 7068-II58J
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone:(334) 223-7280
> Facsimile:(334) 223-7560
> E-mail: John.Harmon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 22, 2006, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Richard Waldrop** and **Susan R. Redmond.**

<u>/s/John T. Harmon</u>
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov