AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:        JIMMY PETE McKENDREE
CASE NUMBER:      3:05cr156-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**210 months.** This term consists of 120 months on Count 1; 90 months on Count 2; and 12 months on Count 3. The terms on Count 1 and Count 3 shall run **concurrently**, and the term on Count 2 shall run **consecutively** to the terms imposed on Counts 1 and 3.

X The court makes the following recommendations to the Bureau of Prisons:

   The court recommends that the Defendant be designated to a facility where Intensive Residential Substance Abuse Treatment and anger management counseling are available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __2-19-08__ to __USP ATL__ at __Atlanta, GA__, with a certified copy of this judgment.

_Marty Keely_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL